cc: Atty Atty Phillips
Mr. & Mrs. Gerald Baer

09-CR-272-001

Oct 1, 2014

Dear Mr + Mrs. Baer,

Enclosed please find a copy of a signed "Judgement Note" by you of the monies owed to me. I'm now making demand in full of $129,620.93 owed to me. If you paid the same please send me proof of payments to the government.

If you did not pay it to the U.S. government. Please forward a check made payable to them with my name Michael T. Conahan and number 15009067 on the memo as a restitution payment, in the enclosed envelope. Also mail a copy of check to me. It is my intend that you should pay the government as part of my court ordered restitution.

Thank-you for resolving this amicability !

Sincerely yours
Michael T. Conahan

FILED
SCRANTON
NOV - 3 2014
PER _____
DEPUTY CLERK

## JUDGEMENT NOTE

PAYABLE AT 301 DEER RUN DRIVE, MOUNTAINTOP, PA 18707

$129,620.93                                                                 DATE: 7-21-09

UPON DEMAND AFTER DATE, FOR VALUE RECEIVED, I PROMISE TO PAY TO MICHAEL T. CONAHAN, OR ASSIGNS, ONE HUNDRED TWENTY-NINE THOUSAND SIX HUNDRED TWENTY AND 93/100 ($129,620.93) DOLLARS, WITHOUT DEFALCATION, VALUE RECEIVED, WITH NO INTEREST.  AND FURTHER, DO HEREBY CONFESS JUDGMENT FOR THE SAME SUM, WITH REASONABLE ATTORNEY'S FEES FOR COLLECTION THEREOF; AND DO HEREBY WAIVE THE BENEFIT OF ALL LAWS EXEMPTING PROPERTY FROM LEVY ON EXECUTION, THE RIGHT OF INQUISITION OF REAL ESTATE, VOLUNTARILY CONFESSING CONDEMNATION THEREOF, WITH A RELEASE OF ALL ERRORS AND WITHOUT STAY OF EXECUTION.

WITNESS:

_[signature]_

WITNESS:

_[signature]_

_[signature]_
HELEN T. BAER

_[signature]_
GERALD F. BAER

ADDRESS:

## Administrative Offset Notice

Payment must be received by the PAYMENT DUE BY date in order for your payment to be applied before the next billing cycle.

| Account Number | 2011A89107/001 |
|---|---|
| Name | Michael Conahan |
| Court Number | 3:cr-09-272-01 |
| Payment Due Date | Immediately |
| Total Amount Due | $894,167.37 |
| Amount Enclosed | |

Please mail payments to:
US Dist Court, Nealon Federal Building
235 N. Washington Avenue, 1st floor
Scranton, PA 18501

Address Correction, please note below:

15009-067



FCI Coleman Low
Michael Conahan
Inmate # 15007-067
Unit A4
PO Box 1031
Coleman, FL
33521

The Honorable Edwin M. Kosik
United States District Court
235 N. Washington Ave.
Scranton, PA 18501