

| | | |
|---|---|---|
| **Summary Reentry Plan - Progress Report** | | **SEQUENCE:** 00174562 |
| Dept. of Justice / Federal Bureau of Prisons | | **Report Date:** 04-20-2020 |
| Plan is for inmate: CONAHAN, MICHAEL T  15009-067 | | |



| | |
|---|---|
| Facility: MIA MIAMI FCI | Custody Level: OUT |
| Name: CONAHAN, MICHAEL T | Security Level: MINIMUM |
| Register No.: 15009-067 | Proj. Rel Date: 08-19-2026  — *7 day ??* |
| Quarters: J04-034L | Release Method: GCT REL |
| Age: 67 | DNA Status: PHL03085 / 09-27-2011 |
| Date of Birth: ████ | |

### Contact Information
Release contact & address
Barbara Conahan, WIFE
████████████████

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:1962(D) CONSPIRACY RELATING TO RACKETEER INFLUENCE AND CORRUPT ORGANIZATIONS.(CT-2) | 210 MONTHS |

Date Sentence Computation Began:  09-23-2011
Sentencing District:  PENNSYLVANIA, MIDDLE DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 432 | Years: 8 Months: 7 Days: 0 | +2  JC  -0  InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans
The inmate arrived on March 13, 2017. He has requested a relocation to the Southern District of Florida. If approved, he will be referred for Direct Home Confinement due to the COVID-19 Pandemic.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | CMP YD AM | CAMP YARD AM | 03-19-2017 |

### Work Assignment Summary
The inmate is currently assigned to the CAMP YARD AM work detail where he receives good work reports.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | ESL HAS | ENGLISH PROFICIENT | 11-29-2011 |
| MIA | GED HAS | COMPLETED GED OR HS DIPLOMA | 11-29-2011 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIA SCP | C | GLOBAL FINANCE | 11-06-2019 | 02-21-2020 |
| COL | C | INTERMEDIATE YOGA CLASS | 01-08-2015 | 03-05-2015 |
| COL | C | BEGINNING YOGA CLASS | 10-15-2013 | 12-07-2013 |
| COL | C | ADVANCED YOGA CLASS | 08-19-2013 | 10-05-2013 |
| COL | C | INTERMEDIATE SPINNING | 06-25-2013 | 08-16-2013 |
| COL | C | INTERMEDIATE YOGA CLASS | 06-25-2013 | 08-07-2013 |
| COL | C | BEGINNING YOGA CLASS | 05-03-2013 | 06-24-2013 |
| COL | C | BEGINNING YOGA CLASS | 01-04-2013 | 03-04-2013 |
| COL | C | ADVANCED YOGA CLASS | 10-03-2012 | 11-14-2012 |
| COL | C | BEGINNING YOGA CLASS | 03-20-2012 | 05-09-2012 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CONAHAN, MICHAEL T  15009-067

SEQUENCE: 00174562
Report Date: 04-20-2020

### Education Information Summary
The inmate has completed 1 Education class and 9 Recreation programs during his term of confinement.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Discipline Summary
The inmate has maintained clear conduct throughout his term of confinement.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| MIA SCP | A-DES | TRANSFER RECEIVED | 03-13-2017 | CURRENT |
| COL | A-DES | US DISTRICT COURT COMMITMENT | 11-15-2011 | 02-28-2017 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 11-21-2011 |
| CARE2 | STABLE, CHRONIC CARE | 06-04-2012 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 11-16-2011 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-28-2011 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-28-2011 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 09-18-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-25-2012 |

### Physical and Mental Health Summary
The inmate appears to be in satisfactory mental and physical health. He is assigned to regular duty with no medical restrictions. Furthermore, the inmate has a history of substance abuse and has completed Drug Education.

### FRP Details

Most Recent Payment Plan

FRP Assignment: **PART**   FINANC RESP-PARTICIPATES   Start: 11-16-2011
Inmate Decision: **AGREED**   $200.00   Frequency: **QUARTERLY**
Payments past 6 months: **$400.00**   Obligation Balance: **$881,467.37**

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | | |
|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ | | |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | | | |
| 2 | REST FV | $874,167.37 | $861,467.37 | IMMEDIATE | AGREED | | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | 03-12-2020 | MIA | PAYMENT | INSIDE PMT | | $200.00 |
| | | 12-11-2019 | MIA | PAYMENT | INSIDE PMT | | $200.00 |
| 3 | FINE | $20,000.00 | $20,000.00 | IMMEDIATE | AGREED | | |
| | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | | | |

### Financial Responsibility Summary